IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-560-BO

| | |
|---|---|
| TWAN BEY,<br>    Plaintiff,<br><br>v.<br><br>ROBERT ROMERO, LUISUS MCRAVIN,<br>HARNETT COUNTY SUPERIOR COURT and<br>THE STATE OF NORTH CAROLINA,<br>    Defendants. | ORDER |

This matter is before the Court following plaintiff's failure to comply with a previous order. On May 7, 2018, the Court entered an order adopting the Memorandum and Recommendation of Magistrate Judge Numbers [DE 20]. The Court instructed plaintiff to pay the required filing fee and correct the errors in his complaint within fourteen days, or his case would be dismissed for failing to prosecute. Plaintiff did not do so, and the deadline has passed.

Accordingly, his case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 19 day of June, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE